IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| PEGGY FLICK,  *Plaintiff*, | No. 3:12–cv–00012 |
| v. | ORDER |
| WYETH LLC and PFIZER, INC.,  *Defendants*. | JUDGE NORMAN K. MOON |

For the reasons set forth in the accompanying Memorandum Opinion, Plaintiff's Complaint was not timely filed, and Defendants' Motion for Summary Judgment on the Statute of Limitations is hereby GRANTED.

It is so ORDERED.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

Entered this __6th__ day of June, 2012.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE